DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JACOB AARON ROMINE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0786

_____

June 19, 2026

Appeal from the Circuit Court for Manatee County; Teresa K. Dees, Judge.

Blair Allen, Public Defender, and Lisa Martin, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.